# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ANGELA R. RAMSEY | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-3217-S-BH |
| NFI INDUSTRIES | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 9. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By sperate judgment, Plaintiff's claims will be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

**SO ORDERED.**

SIGNED March 9, 2022.

_____
UNITED STATES DISTRICT JUDGE